UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JOHN FRANCIS MORAN,

    Petitioner,

v.

RAY WOLFE,

    Respondent.
_____/

Case No. 1:03-CV-847

HON. DAVID W. McKEAGUE*

## JUDGMENT ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner John Francis Moran, prisoner in the custody of the Michigan Department of Corrections, having petitioned the Court for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

The petition having been reviewed by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b); and

The magistrate judge having on May 23, 2005, issued a 9-page report and recommendation recommending that the petition be denied; and

The report and recommendation having been duly served on the parties and no objection thereto having been received within the time permitted by law; and

The Court having duly considered the report and recommendation and finding that it is well-reasoned and in accord with applicable law; now therefore,

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the opinion of the Court; and

**IT IS FURTHER ORDERED**, consistent with the report and recommendation, that the petitioner's petition for writ of habeas corpus is hereby **DENIED**.

Dated: June 27, 2005

/s/ David W. McKeague
DAVID W. McKEAGUE
UNITED STATES CIRCUIT JUDGE

---

*Hon. David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

2